

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00741-CV

**IN RE WESTFREIGHT SYSTEMS, INC.** and Jeffrey Allen Bailey

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: October 30, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On October 25, 2013, relators Westfreight Systems, Inc. and Jeffrey Allen Bailey filed a petition for writ of mandamus and an emergency motion to stay trial court proceedings. The court has considered the emergency motion, the petition for writ of mandamus and the responses filed on behalf of the real parties in interest and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion to stay trial court proceedings are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12-03-50966-CV, styled *John Michael Heuston and Geronimo Rodriguez, Individually and as Personal Representatives of the Estate of Juana Garza, Deceased v. Westfreight Systems, Inc., Jeffrey Allen Bailey and National Oilwell Varco, LP*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.